UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHATIA, | Case No. 07-CV-0820-BEN (JMA) |
| Plaintiff, | **ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| SAN DIEGO DATA PROCESSING CORPORATION GROUP LONG TERM DISABILITY PLAN, et al., | |
| Defendants. | |

At the request of counsel, the Early Neutral Evaluation Conference previously scheduled to be held on August 7, 2007 at 10:00 a.m. is hereby VACATED.  Instead, the Early Neutral Evaluation Conference will be held on **August 24, 2007** at **10:00 a.m.** in the chambers of Magistrate Judge Jan M. Adler.

**IT IS SO ORDERED.**

DATED:  June 26, 2007

Jan M. Adler
U.S. Magistrate Judge

07cv0820