UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHATIA, ) | Case No. 07-CV-0820-BEN (JMA) |
| ) | |
| Plaintiff, ) | **ORDER FOLLOWING EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE, SETTING** |
| v. ) | **RULE 26 COMPLIANCE AND NOTICE** |
| ) | **OF TELEPHONIC CASE MANAGEMENT** |
| SAN DIEGO DATA PROCESSING ) | **CONFERENCE** |
| CORPORATION GROUP LONG TERM ) | |
| DISABILITY PLAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On August 24, 2007 at 10:00 a.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by September 21, 2007;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by October 5, 2007;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before October 5, 2007

(the parties should consult Rule 26(f) for the substance of the discovery plan); and,

    4.   Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **October 19, 2007** at **9:30 a.m.** before Magistrate Judge Adler. All counsel and unrepresented parties shall appear telephonically at this conference.  The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: August 24, 2007

                                        Jan M. Adler
                                        U.S. Magistrate Judge