# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHATIA,<br><br>    Plaintiff,<br><br>v.<br><br>SAN DIEGO DATA PROCESSING CORPORATION GROUP LONG TERM DISABILITY PLAN; RSL GROUP AND BLANKET INSURANCE TRUST<br><br>    Defendants. | CASE NO.  07 CV 0820 BEN (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>[Doc. # 19] |

Pursuant to the Joint Motion of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: February 5, 2008

_____
Hon. Roger T. Benitez
United States District Judge

K:\COMMON\Benitez\Bhatia\Order Re Joint Motion 2.wpd         07 CV 0820 J LSP